EDMUND G. BROWN JR.
Attorney General of the State of California
DANE R. GILLETTE
Chief Assistant Attorney General
GERALD A. ENGLER
Senior Assistant Attorney General
PEGGY S. RUFFRA
Supervising Deputy Attorney General
AMY HADDIX, State Bar No. 183944
Deputy Attorney General
 455 Golden Gate Avenue, Suite 11000
 San Francisco, CA  94102-7004
 Telephone:  (415) 703-5893
 Fax:  (415) 703-1234
 Email:  Amy.Haddix@doj.ca.gov

Attorneys for Respondent

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **SON HOANG NGUYEN,** | C 08-03353 SBA (PR) |
| Petitioner, | **ORDER** |
| v. | |
| **JOHN TILTON, Acting Director,** | |
| Respondent. | |

GOOD CAUSE APPEARING, it is hereby ordered that respondent may have until April 18, 2009 to file an answer to the petition for writ of habeas corpus or other responsive pleading.  Petitioner may file a traverse within 60 days of his receipt of the answer.

Dated: _2/10/09

*[signature]*
SAUNDRA BROWN ARMSTRONG
United States District Judge

Order                                                                                          *Nguyen v. Tilton*;  C 08-03353 (PR)

1  UNITED STATES DISTRICT COURT
2  FOR THE
3  NORTHERN DISTRICT OF CALIFORNIA

6  SON HOANG NGUYEN,                                      Case Number: CV08-03353 SBA

7       Plaintiff,                                        **CERTIFICATE OF SERVICE**

8  v.

9  JOHN TILTON et al,

10      Defendant.
                                                    /

12  I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

14  That on February 11, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

18  Son Hoang Nguyen P-07044
    Old Folsom State Prison
19  P.O. Box 715071
    Represa, CA 95671-5071

20  Dated: February 11, 2009
21                              Richard W. Wieking, Clerk
                                By: LISA R CLARK, Deputy Clerk

Order                                                                *Nguyen v. Tilton*;  C 08-03353 (PR)