1   EDMUND G. BROWN JR.
    Attorney General of California
2   PEGGY S. RUFFRA
    Supervising Deputy Attorney General
3   AMY HADDIX
    Deputy Attorney General
4   State Bar No. 183944
      455 Golden Gate Avenue, Suite 11000
5     San Francisco, CA  94102-7004
      Telephone: (415) 703-5893
6   Fax: (415) 703-1234
      E-mail: Amy.Haddix@doj.ca.gov
7   *Attorneys for Respondent*

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                             OAKLAND DIVISION

11

12

13   **SON HOANG NGUYEN,**                    C 08-03353 SBA (PR)

14                              Petitioner,   **ORDER**

15           v.

16   **JOHN TILTON, Acting Director,**

17                              Respondent.

18

19

20          GOOD CAUSE APPEARING, it is hereby ordered that respondent may file a 44-page

21   Memorandum of Points and Authorities in Support of Answer.

22

23       Dated:  7/17/09

24

25                                     *Saundra B. Armstrong*

26                                     SAUNDRA BROWN ARMSTRONG
                                       United States District Court Judge
27   SF2008402435
     20195619.doc
28

                                          1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SON HOANG NGUYEN,

               Plaintiff,

  v.

JOHN TILTON et al,

               Defendant.

_____/

Case Number: CV08-03353 SBA(PR)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on July 20, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Son Hoang Nguyen P-07044
Old Folsom State Prison
P.O. Box 715071
Represa,  CA 95671-5071

Dated: July 20, 2009

                                  Richard W. Wieking, Clerk
                                  By: Jessie Mosley, Deputy Clerk