IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SON HOANG NGUYEN,<br><br>          Petitioner,<br><br>   v.<br><br>JOHN TILTON, Warden,<br><br>          Respondent._____/ | No. C 08-03353 SBA (PR)<br><br>**ORDER GRANTING EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE** |

Petitioner, a state prisoner, filed a pro se petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse within thirty days after the answer was filed. Respondent has filed an answer. Petitioner has not filed a traverse.

Accordingly, the Court on its own motion GRANTS Petitioner an extension of time to file a traverse. Petitioner shall file a traverse within **sixty (60) days** from the date of this Order.

IT IS SO ORDERED.

DATED: 11/24/09

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
UNITED STATES DISTRICT JUDGE

P:\PRO-SE\SBA\HC.08\Nguyen3353.EOT-Trav.wpd

<strong>United States District Court</strong><br>
For the Northern District of California

1 UNITED STATES DISTRICT COURT
FOR THE
2 NORTHERN DISTRICT OF CALIFORNIA

3

4 SON HOANG NGUYEN,

               Plaintiff,

5   v.

6 JOHN TILTON et al,

7                Defendant.

8 _____/

Case Number: CV08-03353 SBA

**CERTIFICATE OF SERVICE**

9 I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10 Court, Northern District of California.

11 That on November 24, 2009, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

13

14

15

16 Son Hoang Nguyen P-07044
Old Folsom State Prison
P.O. Box 715071
17 Represa, CA 95671-5071

18 Dated: November 24, 2009

19                                             Richard W. Wieking, Clerk
                                            By: LISA R CLARK, Deputy Clerk

20

21

22

23

24

25

26

27

28