IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SON HOANG NGUYEN,

    Petitioner,

  v.

JOHN TILTON,

    Respondent.
                                    /

No. C 08-03353 SBA (PR)

**ORDER GRANTING SECOND REQUEST FOR EXTENSION OF TIME FOR PETITIONER TO FILE TRAVERSE**

    Petitioner, a state prisoner, filed a <u>pro se</u> petition for a writ of habeas corpus. The Court directed Respondent to file an answer to the petition and granted Petitioner leave to file a traverse. Respondent has filed an answer. Petitioner now moves for a second extension of time to file a traverse. Good cause appearing, the request is GRANTED. Petitioner shall file a traverse by March 18, 2010. This Order terminates Docket nos. 14 and 15.

    IT IS SO ORDERED.

DATED: 2/9/10

                                              SAUNDRA BROWN ARMSTRONG
                                              UNITED STATES DISTRICT JUDGE

<div style="writing-mode: vertical-rl">**United States District Court** For the Northern District of California</div>

1  UNITED STATES DISTRICT COURT
   FOR THE
2  NORTHERN DISTRICT OF CALIFORNIA

3

4  SON HOANG NGUYEN,                                  Case Number: CV08-03353 SBA

5          Plaintiff,                                 **CERTIFICATE OF SERVICE**

   v.
6
   JOHN TILTON et al,
7
           Defendant.                        /
8

9
   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
10 Court, Northern District of California.

11 That on February 17, 2010, I SERVED a true and correct copy(ies) of the attached, by placing said
   copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said
12 envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located
   in the Clerk's office.
13

14

15
   Son Hoang Nguyen P-07044
16 Old Folsom State Prison
   P.O. Box 715071
17 Represa, CA 95671-5071

18 Dated: February 17, 2010
                                                      Richard W. Wieking, Clerk
19                                                    By: LISA R CLARK, Deputy Clerk

20

21

22

23

24

25

26

27

28

P:\PRO-SE\SBA\HC.08\Nguyen3353.EOT-Traverse.wpd            2