1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SON HUANG NGUYEN,<br><br>Petitioner,<br><br>vs.<br><br>JOHN TILTON, Acting Director,<br><br>Respondent. | Case No:  C 08-3353 SBA (PR)<br><br>**ORDER VACATING HEARING DATE**<br><br>Dkt. 26 |

Respondent has filed a motion to dismiss the amended petition, which he has noticed for hearing on May 24, 2011.  Dkt. 26.  The motion will be resolved based on the papers submitted.  Fed. R. Civ. Proc. 78(b); Civ. L.R. 7-1(b).  Accordingly, the hearing date of May 24, 2011 is VACATED.  The parties shall brief the motion in accordance with the Court's Order of March 3, 2011.  Dkt. 25.  The motion will be deemed submitted as of the date the reply is due.

IT IS SO ORDERED.

Dated:  March 22, 2011

_Saundra B Armstrong_
SAUNDRA BROWN ARMSTRONG
United States District Judge